GIANT REALTY ASSOCIATES v. HACKENSACK MEADOW-
LANDS DEVELOPMENT COMMISSION.

May 15, 1973.  Petition for certification denied.

STATE OF NEW JERSEY v. PAUL FORMAN.

May 15, 1973.  Petition for certification denied.

STATE OF NEW JERSEY v. WESLEY ALLEN PITTS.

May 15, 1973.  Petition for certification Dismissed as Moot.

STATE OF NEW JERSEY v. ROBERT DEAVERS.

May 15, 1973.  Petition for certification denied.

PATRICK J. CAULFIELD v. JOSEPH L. DOWNS.

May 15, 1973.  Petition for certification denied.

STATE OF NEW JERSEY v. RAYMOND BALLARD.

May 15, 1973.  Petition for certification denied.